TOP CAT
vs
DOG-BEAST
et al Defendants

A.L. July 14, 14 - N G Y - 7/14
A.D. 2014

(1) of (2)

## Affidavit / Complaint

THE DOG-BEAST Defendants ARE my ENEMY'S.
I AM THE 7th RANK Holy ARCH Angel. HOSTS OF The 7th RANK SPOUS(ET) ROYALTYEWAHSPOUS(ET)OP CAT, MARIAHUIEL CAREYEWAHUIEL Ja'mimani is my Holy Royal WARRIOR PrINCESS GODDESS. I AM ALSO THE RULERAHUICLORD GOD OF THE 3rd RANK HOLY ICTITE-METITTE Ro'ma- GYPSY(ET)WAHUIEL + SAVIORAHUIEL THRON(ET) KNOWN ALSO ALBIDA -Holy AngelSPOUS(ET) with USELORD GOD. AT Present (US) CATSPOUS(ET) ARE ATTK BEAST DOGODICIPLE During THE A.L. GY's Holy WAR. I AM NOT A DOGODRAGON, NOR Afro AMERICAN AND my SPOUSE MARIAHUIEL CAREYEWAH JAMIMANI is PASSY CATSPINX (ET) PY FACE FROM PYN SKYEWAHOSTS POUS(ET) PLAN(ET). I'VE CAME INTO THE EDWARD BROOKE PRIMARY + FAMILY COURT 2003-2004 and recieved Decree from Judge, relative To the EXTREME RO'MA GYPSYEWAHUIEL Jurisprudence in which I AM THE HOSTSPOUSE FOR THE 10 commandments LAW of THE TORAH. RELATIVE COURT PETITIONS Prove that I have SOUGHT TO BE HEARD IN COURT relative To my Rulership of THE RO'MA- GYPSYEWAHOLY EMPIRE SINCE 1966 AWAITING my DAY TO ADDRESS JUSTICE FOR my religion, SPOUS(ET) + PLANETOIRYEWAHOST. DOMINION SINCE ARRIVAL ON THE 9th Indian PLANET 5/1/48. THE RO'MA GYPSYEWAH Property has been CONFISCATED by HOODLUM DOG-BEAST Defendants AND this court ACTION is response to peacefully obtain that which has been CONFISCATED by the DOG-BEAST. Defendants who have ALSO EXTORTED, Kidnapp my SPOUS(ET) MARIAHUIEL CAREYEWAHUIEL Jamimani in PLAIN VIEW with malice before And after thought saying she is BITCH-BEAST POSSEE SLAVE AS I FIGHT for her release to me(T).

I currently seek 239 TRILLION IN ASSETS belonging TO THE RO'MA GYPSYEWAHSAVIORAHUICH EMPIRE IN THAT I AM THE PRINCE OF PEACE AND RULER OF ALLAHUSTS! worlds, universe's, Galaxy's. ETC. IN EXTREMEXISTENCE AND realityEWAHSPOUS(ET) C.O.C.O. Jamimani registered with I.R.S. TAX EXEMP STATUS for my church's AND records with I.N.S. IMIGRATION AS my U.S PASSPORT VALIDATES my NAME + PURPOSE with Jurisprudence. I NOW SIGN THIS MONDAY July 14, A.D. 2014. IN plain view that SINCE the end of A.D 1999. TIME IS NOW A.L. (AFTER LIFE) GY'S) GODDESSYEWAHUICH IN which this is A.L. July 14, 14-NGYS. THAT IVE SWORN TO GET my SPOUSE MARIAHuich CAREYewahuich JAMIMANI free. I ATTEST THIS DOCUMENT IS TRUE AND SIGN under the pains + PENALTYS of perJury.

TRUE + faithfull Chosen one Jamimani - ALOIDASPOUS(ET)
RO'MA GYPSYEWAH TOP CAT